# CAUSE NO 01-15-00066-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 2 2015

CHRISTOPHER A. PRINE
CLERK _____

## IN THE

## FIRST COURT OF APPEALS

## HARRIS COUNTY TEXAS

---

### PATRICK OLAJIDE AKINWAMIDE

### APPELLANT

### V

### TRANSPORTATION INSURANCE COMPANY

### CNA INSURANCE COMPANY AND

### AUTOMATIC DATA PROCESSING INC.

### APPELLEES

---

### FROM THE 80TH DISTRICT COURT

### OF HARRIS COUNTY, TEXAS

---

### REQUEST FOR COURT REPORTER'S RECORD

---

PATRICK OLAJIDE AKINWAMIDE, PROSE

2151 SOUTH KIRKWOOD ROAD, #295

HOUSTON, TEXAS 77077

(832) 620-9345

Michelle C. Tucker or Substitute

Official Court Reporter

80th District Court

201 Caroline, Room 915

Harris County Civil Courthouse

Houston, Texas 77002

## REQUEST FOR COURT REPORTER'S RECORD

Subsequent to my request of November 25, 2014 for the Court Reporter's Record of the hearing of October 24, 2014 in Cause No. 97-48526 to be prepared, certified and filed with the First Court of Appeals, Appellant again requests the 80th District Court's Court Reporter at the time of the hearing to prepare a complete record of the hearing, certified, and file the record with the First Court of Appeals, Case No, 01-15-00066CV.

Appellant's Brief is due on or about February 20, 2015 and Appellant will need the Court Reporter's Record for his brief.

Thank you for your cooperation in this matter.

Patrick Olajide Akinwamide, Pro Se

2151 S. Kirkwood Rd., Apt. 295

Houston, TX 77077

Tel: (832) 620-9345

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing instrument was delivered via certified mail, return receipt requested or hand delivered to all counsels of record on this the 2ⁿᵈ day of February 2015.

Michelle C. Tucker or Substitute

Official Court Reporter

80th District Court

201 Caroline, Room 915

Harris County Civil Courthouse

Houston, Texas 77002


Mr. Jeffrey L. Diamond

TX Bat No. 058025000

1010 San Jacinto Street

Houston, Texas 77002

Attorney of Record for Transportation Insurance Company, CNA Insurance Company and Automatic Data Processing Inc.

_____

Patrick Olajide Akinwamide, Pro Se

2151 S. Kirkwood Rd., Apt. 295

Houston, TX 77077

Tel: (832) 620-9345